

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-6-2013

# USA v. Citgo Asphalt Refining Company

Precedential or Non-Precedential: Precedential

Docket No. 11-2577

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Citgo Asphalt Refining Company" (2013). *2013 Decisions.* Paper 614.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/614

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-2576
_____

IN RE: PETITION OF FRESCATI SHIPPING COMPANY, LTD., AS OWNER
OF THE M/T ATHOS I AND TSAKOS SHIPPING & TRADING, S.A.,
AS MANAGER OF THE ATHOS I FOR EXONERATION FROM
OR LIMITATION OF LIABILITY

_____

No. 11-2577
_____

UNITED STATES OF AMERICA,

Appellant

v.

CITGO ASPHALT REFINING COMPANY; CITGO PETROLEUM CORPORATION;
CITGO EAST COAST OIL CORPORATION

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-05-cv-00305 / 2-08-cv-02898)
Trial District Judge: Honorable John P. Fullam
District Judge: Honorable Joel H. Slomsky[*]

_____

Argued September 20, 2012

_____

[*] Judge Slomsky was assigned to this matter following the retirement of Judge Fullam, who presided at trial and ruled on the merits.

Before: AMBRO, GREENAWAY, Jr., and O'MALLEY,[**] Circuit Judge

(Opinion filed May 16, 2013)

## **ORDER AMENDING PRECEDENTIAL OPINION**

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed May 16, 2013, be amended as follows:

On page 14, in the first full paragraph, fourth line down, replace the words "drafting at" with the word "drawing"

On page 35, third line down from the top of the page, replace the word "drafting " with the word "drawing"

On page 35, twelfth line down from the top of the page, replace the word "drafting" with the word "drawing"

On page 35, footnote 18, line 3, replace the word "drafting " with the word "drawing"

On page 35, footnote 19, line 6, replace the word "draft " with the word "draw"

On page 35, footnote 19, line 9, replace the word "drafting " with the word "drawing"

On page 36, third line down from the top of the page, replace the word "drafting " with the word "drawing"

On page 37, in the first full paragraph, second line down, replace the word "drafting" with the word "drawing"

On page 37, in the first full paragraph, sixth line down, replace the word "drafting" with the word "drawing"

On page 37, footnote 22, first line, replace the word "drafting" with the word "drawing"

[**] Honorable Kathleen M. O'Malley, United States Court of Appeals for the Federal Circuit, sitting by designation.

On page 52, second line down from the top of the page, replace the word "drafting" with the word "drawing"

On page 53, footnote 32, third line down, replace the word "drafting" with the word "drawing"

On page 56, second full paragraph, fourth line down, replace the word "drafting" with the word "drawing"

On page 56, second full paragraph, eighth line down, replace the word "drafting" with the word "drawing"

It is further ORDERED that the caption of the opinion be amended so that the appellants are properly designated. The caption is amended as follows:

IN RE: PETITION OF FRESCATI SHIPPING COMPANY, LTD.,
AS OWNER OF THE M/T ATHOS I AND TSAKOS SHIPPING & TRADING, S.A.,
AS MANAGER OF THE ATHOS I FOR EXONERATION FROM OR LIMITATION
OF LIABILITY

Frescati Shipping Company, Ltd. and Tsakos Shipping and Trading, S.A.,
            Appellants


                                    By the Court,


                                    /s/ Thomas L. Ambro, Circuit Judge
Dated: June 6, 2013

3